JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOSE MANUEL CHAVEZ,

  Petitioner,

v.

MATTHEW CATE, WARDEN,

  Respondent.

Case No. EDCV 12-1143-MMM (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: March 29, 2013

Margaret M. Morrow
United States District Judge